STATE v. WILLIE DURHAM.

(Filed 22 October, 1924.)

APPEAL by defendant from *Sinclair, J.,* at March Term, 1924, of ORANGE.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*
*R. O. Everett and J. A. Giles for defendant.*

PER CURIAM. The defendant was indicted for a violation of the prohibition law. The assignments of error relate to the judge's refusal to dismiss the action as in case of nonsuit and to set aside the verdict.

His Honor's ruling was obviously correct. *S. v. Sykes,* 180 N. C., 679.

No error.